# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:09CR324** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **DANTE J. VASSER,** | ) | |
| | ) | |

This matter comes before the Court upon Motion of the Plaintiff requesting permission to file under seal a Motion for Rule 17(c) Subpoena (Filing No. 26).

**IT IS ORDERED** that the Motion of the Plaintiff for permission to file under seal its Motion for Rule 17(c) Subpoena (Filing No. 26), is granted.

Dated this 29th day of October, 2009.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge